June 16, 1978

390 A.2d 287

Morrow v. Morrow, Appellant.

Argued June 15, 1978. Tom Irvin Gill, for appellant; Reed McCormick, for appellee.

Order affirmed.